690 A.2d 233

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Robert KITCHEN, Appellant.**

Supreme Court of Pennsylvania.

Submitted Nov. 25, 1996.

Decided March 25, 1997.

Michael J. Barrasse, Scranton, and William P. O'Malley, for Commonwealth.

Michael C. Kostelaba, for Robert A. Kitchen.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, and NEWMAN, JJ.

## ORDER

PER CURIAM.

The appeal is dismissed as having been improvidently granted.